UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JAY WINEGARD, on behalf of himself and
all others similarly situated,

                    Plaintiff,

v.                                    Case No. 1:22-cv-07602-FB-PK

ANTHEM MARINE, LLC,

                    Defendant

-------------------------------------------------------x

## JOINT STIPULATION AND
## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jay Winegard, on behalf of himself and all others similarly situated, and Defendant ANTHEM MARINE, LLC. by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Respectfully submitted,

Dated: _15_ of _February_, 2023.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
**Law Offices of Mitchell S. Segal, P.C.**
1129 Northern Boulevard,
Suite 404
Manhasset, New York 11030
Ph. (516) 415-0100
Fx. (516) 706-6631
msegal@segallegal.com

*Counsel for Plaintiff Jay Winegard*

By: _/s/ Nolan Keith Klein_
Nolan Keith Klein, Esq.
**Law Offices of Nolan Klein, P.A.**
5550 Glades Road
Suite 500
Boca Raton, FL 33431
Telephone:  954-745-0588
Email: klein@nklegal.com

*Counsel for Defendant* Anthem Marine, LLC.

Dated:  /S/ Frederic Block  2-15-2023
United States ~~Magistrate~~ Judge
Judge Honorable ~~Peggy Kuo~~ Block

12